FILED RECEIVED LODGED ENTERED
SEP 23 1988
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

UNSEAL 10-24-88

SECRET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 1987 Grand Jury '880769 G

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARTIN EDWARD WALTERS, Defendant. | Criminal Case No. <br> I N D I C T M E N T <br> Title 26, U.S.C., §§ 5861(d) and 5871 - Unlawful Possession of Unregistered Firearm and Destructive Devices |

The grand jury charges:

Count 1

On or about June 26, 1986, within the Southern District of California, defendant MARTIN EDWARD WALTERS, knowingly and willfully possessed firearms, to wit, 2 explosive pipe bombs, consisting of pipe, pipe nipples, pipe caps, smokeless gun powder, and time fuses, which were not registered to him in the National Firearms Registration and Transfer records as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DTF.dd.14:PIPEBOMB.IND:San Diego

1.

Count 2

On or about June 24, 1987, within the Southern District of California, defendant MARTIN EDWARD WALTERS, knowingly and willfully possessed a firearm, to wit, a Mossberg, Model 500CT 20-gauge shotgun, serial number G516299 with a barrel length of 15 3/16th inches and an overall length of 25 1/2 inches, which was not registered to him in the National Firearms Registration and Transfer records as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: September 23, 1988

A TRUE BILL:

Terry L. Peters

Foreperson

D. THOMAS FERRARO
Assistant U.S. Attorney