FILED LODGED
RECEIVED ENTERED
8 1989
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 1988 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN EDWARD WALTERS (1),<br>aka Oscar,<br>VINCENT LEGREND WALTERS (2),<br>aka Tape,<br>PAUL ELZA WALTERS, III (3),<br>MICHELL DENISE WALTERS (4),<br>KIRK BUSH (5),<br>aka Troll,<br>aka Steven Upson,<br>ROBERT LEE HALL, III (6),<br>GLENN ANDREW ARNOLD (7),<br>STEVEN KELLY BARNETT (8),<br>aka Barney,<br>JUAN ANTONIO LOPEZ (9),<br>MICHAEL LEE MOORE (10),<br>aka Saten,<br><br>Defendants. | Criminal Case No. 88-0769-G<br><br><u>I N D I C T M E N T</u><br>(Superseding)<br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Methamphetamine and Possess Methamphetamine with Intent to Distribute; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Manufacture and Attempted Manufacture of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 924(c)(1) - Use and Carrying of a Firearm During the Commission of a Drug Trafficking Crime; Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of an Unregistered Firearm; Title 18, U.S.C., Sec. 2- Aiding and Abetting |

The grand jury charges:

DTF.dd18:San Diego

17

Count 1

Beginning at a date unknown and continuing up to and including on or about October 31, 1988, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, VINCENT LEGREND WALTERS, aka Tape, PAUL ELZA WALTERS, III, MICHELL DENISE WALTERS, KIRK BUSH, aka Troll, aka Steven Upson, ROBERT LEE HALL, III, GLENN ANDREW ARNOLD, STEVEN KELLY BARNETT, aka Barney, JUAN ANTONIO LOPEZ and MICHAEL LEE MOORE, aka Saten, did knowingly and intentionally conspire together and with divers other persons known and unknown to the grand jury to manufacture and possess with intent to distribute 800 pounds and more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California:

1. On or about November 27, 1987, in San Diego, California, defendant MARTIN EDWARD WALTERS, possessed methamphetamine and laboratory glassware, equipment and chemicals used in the manufacture of methamphetamine.

2. On or about July 19, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and VINCENT LEGREND WALTERS, ordered 100 pounds of red-phosphorous and 60 gallons of hydriodic acid from Triple Neck Scientific Laboratories (hereinafter "TNS") to be used in the manufacture of methamphetamine.

3. On or about July 19, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and VINCENT LEGREND WALTERS, paid a representative from TNS $20,000 in cash for the chemicals described in paragraph 2, above.

4. On or about July 19, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and VINCENT LEGREND WALTERS, negotiated with an undercover agent for the sale of one ounce of methamphetamine for $600 and agreed to consummate the sale on July 22, 1988.

5. On or about July 22, 1988, in San Diego, California, defendant VINCENT LEGREND WALTERS and an unknown person sold approximately 1 ounce of methamphetamine to an undercover federal agent for approximately $600.

6. On or about July 22, 1988, in San Diego, California, defendant VINCENT LEGREND WALTERS and the unknown person discussed the sale of an additional 2 ounces of methamphetamine to be consummated when the defendants returned on July 27, 1988, to pick up the chemicals described in paragraph 2, above.

7. On or about July 27, 1988, in San Diego, California, defendants VINCENT LEGREND WALTERS and PAUL ELZA WALTERS, III, picked up the chemicals described in paragraph 2, above, from TNS and placed them into a yellow Ryder rental van.

8. On or about July 27, 1988, at Mission Valley Self-Storage, 4437 Twain Avenue, San Diego, California, defendants VINCENT LEGREND WALTERS and PAUL ELZA WALTERS, III, placed 4 large orange colored drums and 2 translucent plastic containers filled with clear liquid inside the yellow Ryder rental van.

9. On or about July 27, 1988, defendants VINCENT LEGREND WALTERS and PAUL ELZA WALTERS, III, drove from Mission Valley Self-Storage to a residence at 1026 Carlsbad Court, San Diego, California.

10. On or about July 27, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS, VINCENT LEGREND WALTERS and PAUL ELZA WALTERS unloaded the chemicals from the yellow Ryder van and placed them inside the residence at 1026 Carlsbad Court.

11. Between on or about July 27, 1988, and on or about August 23, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS, VINCENT LEGREND WALTERS, PAUL ELZA WALTERS, KIRK BUSH and MICHAEL LEE MOORE, manufactured approximately 200 pounds of methamphetamine.

12. On or about July 29, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and KIRK BUSH, sold approximately 2 ounces of methamphetamine to an undercover federal agent for approximately $1,100.

13. On or about August 3, 1988, in San Diego, California, defendant VINCENT LEGREND WALTERS, purchased PH paper from TNS to be used in the manufacture of methamphetamine and told the undercover federal agent that he was manufacturing methamphetamine and that it would be completed in 24 hours.

14. On or about August 23, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS, VINCENT LEGREND WALTERS, PAUL ELZA WALTERS, KIRK BUSH and MICHAEL LEE MOORE, possessed approximately 2.2 ounces of methamphetamine and laboratory

glassware, equipment and chemicals used in the manufacture of methamphetamine and a pipe bomb.

15. On or about August 30, 1988, defendants MARTIN EDWARD WALTERS and ROBERT LEE HALL, III rented storage locker number 70, Mission Valley Self Storage, San Diego, California, to warehouse chemicals and equipment used in the manufacture of methamphetamine.

16. Between on or about September 1, 1988, and on or about September 23, 1988, defendants MARTIN EDWARD WALTERS, MICHELL DENISE WALTERS, KIRK BUSH, ROBERT LEE HALL, III, STEVEN KELLY BARNETT, JUAN ANTONIO LOPEZ and MICHAEL LEE MOORE, manufactured an unknown quantity of methamphetamine at 573 Vance Street, Chula Vista, California.

17. On or about September 9, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and KIRK BUSH, negotiated with an undercover federal agent and a representative of TNS for the purchase of approximately $178,000 in chemicals to be used in the manufacture of methamphetamine.

18. On or about September 17, 1988, in San Diego, California, defendant MARTIN EDWARD WALTERS, possessed 6.2 grams of methamphetamine.

19. On or about September 19, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and VINCENT LEGREND WALTERS, negotiated with an undercover federal agent and a representative of TNS for the purchase of approximately $207,000 of chemicals to be used in the manufacture of methamphetamine.

20. On or about September 23, 1988, in San Diego, California, defendant STEVEN KELLY BARNETT, gave approximately 2 pounds of a substance he identified as methamphetamine to Danny Johnson, not charged herein, for him to hide from law enforcement officers.

21. On or about September 23, 1988, in San Diego, California, Danny Johnson gave the methamphetamine to Jay Bareno, not charged herein, to store until Danny Johnson requested its return.

22. On or about September 24, 1988, in San Diego, California, defendant STEVEN KELLY BARNETT, told Danny Johnson to retrieve the methamphetamine from Jay Bareno.

23. On or about September 25, 1988, in San Diego, California, defendants MICHAEL LEE MOORE and MICHELL DENISE WALTERS interrogated Danny Johnson regarding the location of the methamphetamine.

24. On or about September 25, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and JUAN ANTONIO LOPEZ attempted to kill Afredo Barba and Gregory Thomas Cook using an assault rifle.

25. On or about September 25, 1988, in San Diego County, California, defendants MARTIN EDWARD WALTERS, VINCENT LEGREND WALTERS, GLENN ANDREW ARNOLD, JUAN LOPEZ and MICHAEL MOORE kidnapped Danny Johnson at gun point and interrogated him regarding the location of the methamphetamine.

26. On or about September 25, 1988, in San Diego County, California, defendants MARTIN EDWARD WALTERS, VINCENT LEGREND

WALTERS, GLENN ANDREW ARNOLD, JUAN ANTONIO LOPEZ and MICHAEL LEE MOORE, kidnapped Kristie Reyes and Mike Provencio at gun point.

27. On or about October 1, 1988, in San Diego, California, defendants MARTIN EDWARD WALTERS and KIRK BUSH, possessed approximately 140.3 grams of methamphetamine and packaging and equipment used in the distribution of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

Count 2

On or about June 25, 1986, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, and VINCENT LEGREND WALTERS, aka Tape, did knowingly possess a firearm, to wit, a Winchester, Model 1897 12-gauge shotgun, with a barrel length of 16 3/4 inches and an overall length of 27 3/4 inches, which was not registered to either of them in the National Firearms Registration and Transfer records as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871 and Title 18, United States Code, Section 2.

Count 3

On or about June 25, 1986, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, and VINCENT LEGREND WALTERS, aka Tape, did knowingly possess firearms, to wit, 2 explosive pipe bombs, consisting of pipe, pipe nipples, pipe caps, smokeless gun powder and time fuses, which were not registered to either of them in the National Firearms Registration and Transfer records as required by Title

26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871 and Title 18, United States Code, Section 2.

<u>Count 4</u>

On or about June 24, 1987, within the Southern District of California, defendant MARTIN EDWARD WALTERS, aka Oscar, did knowingly possess a firearm, to wit, a Mossberg, Model 500CT 20-gauge shotgun, with a barrel length of 15 3/16th inches and an overall length of 25 1/2 inches, which was not registered to him in the National Firearms Registration and Transfer records as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

<u>Count 5</u>

On or about November 27, 1987, within the Southern District of California, defendant MARTIN EDWARD WALTERS, aka Oscar, did knowingly and willfully possess firearms, to wit, destructive devices consisting of combinations of parts designed and intended for use in converting a device into a destructive pipe bomb, that is, pipes, pipe nipples, pipe caps and smokeless gun powder which were not registered to him in the National Firearms Registration and Transfer records as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871 and Title 18, United States Code, Section 2.

<u>Count 6</u>

On or about July 22, 1988, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, VINCENT LEGREND WALTERS, aka Tape, did knowingly and intentionally distribute approximately 27.38 grams (approximately one ounce) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>Count 7</u>

Between on or about July 27, 1988, and August 23, 1988, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, VINCENT LEGREND WALTERS, aka Tape, PAUL ELZA WALTERS, III, MICHELL DENISE WALTERS, KIRK BUSH, aka Troll, aka Steven Upson, ROBERT LEE HALL, III, GLENN ANDREW ARNOLD, STEVEN KELLY BARNETT, aka Barney, JUAN ANTONIO LOPEZ and MICHAEL LEE MOORE, aka Saten, did knowingly and intentionally manufacture and attempt to manufacture, approximately 404 kilograms (approximately 888 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Title 18, United States Code, Section 2.

<u>Count 8</u>

On or about July 29, 1988, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, and KIRK BUSH, aka Troll, aka Steven Upson, did knowingly and intentionally distribute approximately 56.6 grams (approximately 2 ounces) of methamphetamine, a Schedule II Controlled Substance;

in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Count 9

On or about August 23, 1988, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, VINCENT LEGREND WALTERS, aka Tape, PAUL ELZA WALTERS, III, KIRK BUSH, aka Troll, aka Steven Upson and MICHAEL LEE MOORE, aka Saten, did knowingly and intentionally possess, with intent to distribute, approximately 63.8 grams (approximately 2.2 ounces ) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Count 10

On or about August 23, 1988, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, VINCENT LEGREND WALTERS, aka Tape, PAUL ELZA WALTERS, III and KIRK BUSH, aka Troll, aka Steven Upson, did knowingly possess a firearm, to wit, an explosive pipe bomb, consisting of pipe, pipe nipples, pipe caps, smokeless gun powder and fuse, which was not registered to any of them in the National Firearms Registration and Transfer records as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871 and Title 18, United States Code, Section 2.

Count 11

Between on or about September 1, 1988, and September 23, 1988, within the Southern District of California, defendants

MARTIN EDWARD WALTERS, aka Oscar, VINCENT LEGREND WALTERS, aka Tape, PAUL ELZA WALTERS, III, MICHELL DENISE WALTERS, KIRK BUSH, aka Troll, aka Steven Upson, ROBERT LEE HALL, III, GLENN ANDREW ARNOLD, STEVEN KELLY BARNETT, aka Barney, JUAN ANTONIO LOPEZ and MICHAEL LEE MOORE, aka Saten, did knowingly and intentionally manufacture and attempt to manufacture methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Title 18, United States Code, Section 2.

Count 12

On or about September 17, 1988, within the Southern District of California, defendant MARTIN EDWARD WALTERS, aka Oscar, did knowingly and intentionally possess with intent to distribute approximately 6.2 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Count 13

Between on or about September 24, 1988, and on or about September 26, 1988, within the Southern District of California, defendants MARTIN EDWARD WALTERS, aka Oscar, VINCENT LEGREND WALTERS, aka Tape, PAUL ELZA WALTERS, III, MICHELL DENISE WALTERS, KIRK BUSH, aka Troll, aka Steven Upson, ROBERT LEE HALL, III, GLENN ANDREW ARNOLD, STEVEN KELLY BARNETT, aka Barney, JUAN ANTONIO LOPEZ and MICHAEL LEE MOORE, aka Saten, during and in relation to a drug trafficking crime for which they may be prosecuted in a Court of the United States, namely conspiracy to

manufacture and possess methamphetamine with intent to distribute, a Schedule II Controlled Substance, as charged in Count 1 of this indictment, did knowingly use and carry firearms, including a .223 caliber assault rifle, a shotgun and a pistol; in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

Count 14

On or about October 1, 1988, within the Southern District of California, defendant MARTIN EDWARD WALTERS, aka Oscar, did knowingly and intentionally possess, with intent to distribute, approximately 140.3 grams (approximately 5 ounces) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: June 8, 1989

A TRUE BILL

Foreperson

WILLIAM BRANIFF
United States Attorney

D. THOMAS FERRARO
Assistant U.S. Attorney

CR-88-0769-01-G

*** GRID H06 ***

ACTIVE CRIMINAL DOCKETS CAL-S(SAN DIEGO) 03/16/91

PAGE 1

CR-88-00769-01 CR-88-00769-01

US-V-WALTERS

as of 02/15/91 at 8:32 PM

---

Judge: JUDGE GILLIAM Case Filed: 09/23/88

Defendant:

D1 WALTERS, MARTIN EDWARD

Dft ID: -30992

Defendant terminated: 01/17/91

| Terminated counts: | Disposition |
|---|---|
| Conspiracy to manufacture methamphetamine and possess methamphetamine with intent to distribute, 21:841(a)(1), 846 (SS1) | (Count SS1) Count SS1-Custody of BOP for imprisonment for a period of 212 months. (01/17/91) |
| Aiding and abetting possession of an unregistered firearm, 18:2, 26:5861(d) and 5871 (SS10) | (Count SS10) Count SS10-Custody of BOP for imprisonment for a period of 10 years concurrent w/Count SS1. (01/17/91) |
| Aiding and abetting use and carrying of a firearm during the commission of a drug trafficking crime, 18:2, 924(c)(1) (SS13) | (Count SS13) 272 months). Supervised release for term of Counts SS1, SS10 & SS13-3 years concurrently. No fine imposed. $50. 00 PA each count for a total of $150.00. to be paid immediately. Court orders taht the sentence of imprisonment is to be served in state custody in institution designated by State of CA. (01/17/91) |
| Unlawful possession of unregistered firearm and destructive devices., 26:5861(d) and 5871 (1-2), Aidig and abetting, Unlawful possession of unregistered firear and destructive devices., 18:2, 26:5861(d) and 5871 (S1-S4), Aiding and abetting possession of an | (Counts 1-2,S1-S4,SS2-SS3,SS4, SS5,SS6,SS7,SS8-SS9,SS11, SS12,SS14) Dismissed on govt's motion. 01/17/91 |

as of 1/28/91
James F. Pokorny
110 West 'C' Street
Suite 712
San Diego, CA 92101
(619) 239-8142

Thomas Ferraro, AUSA

US-V-WALTERS
as of 02/15/91 at 8:32 PM

---

unregistered firearm, 18:2, 26:5861(d) and 5871 (SS2-SS3), Possession of an unregistered firearm, 26:5861(d) and 5871 (SS4), Aiding and abetting possession of an unregistered firearm, 18:2, 26:5861(d) and 5871 (SS5), Aiding and abetting distribution of methamphetamine, 18:2, 21:841(a)(1) (SS6), Aiding and abetting Manufacture and attempted manufacture of methamphetamine, 18:2, 21:841(a)(1) and 846 (SS7), Aiding and abetting distribution of methamphetamine, 18:2, 21:841(a)(1) (SS8-SS9), Aiding and abetting Manufacture and attempted manufacture of methamphetamine, 18:2, 21:841(a)(1) and 846 (SS11), Aiding and abetting distribution of methamphetamine, 18:2, 21:841(a)(1) (SS12), Aiding and abetting distribution of methamphetamine, 18:2, 21:841(a)(1) (SS14)

Offense Level (disposition): FEL

Total Jail: 272 Mo

Defense Counsel:
CORTEZ, EZEKIEL E
AARON AND CORTEZ
555 West Beech Street, Suites 459/464
San Diego, CA 92101
(619) 237-0309

CR-88-00769-01 CR-88-00769-01

US-V-WALTERS

PROCEEDINGS

| | | |
|---|---|---|
| 09/23/88 | | Order indictment sealed ((74ba)) (Dkt'd 09/28/88). |
| | | Case assigned to JUDGE GILLIAM (Dkt'd 09/28/88). |
| | | Order bench warrant issued (Per Grand Jury.) (MAG McKEE) (Dkt'd 09/28/88). |
| | | Bench warrant issued (CLERK) (Dkt'd 09/28/88). |
| | 1 | Filed indictment (Dkt'd 11/04/88). |
| 10/14/88 | 2 | Order filed (Ord Unsealing Indictment ( As to deft Martin Edward Walters & Warrant. The Warrant in the case be unsealed, and the Indictment be Unsealed after the deft is arrested.) (MAG MOSKOWITZ) (Dkt'd 10/17/88). |
| 10/24/88 | 3 | Order indictment unsealed (Govt's Oral Mot - Granted.) (MAG GONZALEZ) (Dkt'd 10/26/88). |
| | 3 | Defendant's first appearance (MAG GONZALEZ) (Dkt'd 10/26/88). |
| | 3 | Defendant appears with counsel (Purs to 18:3161(c)(2).) (MAG GONZALEZ) (Dkt'd 10/26/88). |
| | 3 | Arraignment held (Counts 1-2) (MAG GONZALEZ) (Dkt'd 11/08/88). |
| | 3 | Defendant enters plea of not guilty (Counts 1-2) (MAG GONZALEZ) (Dkt'd 11/08/88). |
| | 3 | Detention hearing set for 10/31/88 @ 9:00 AM (MAG GONZALEZ) (Dkt'd 11/08/88). |
| 10/31/88 | 4 | Hearing on pre-trial motions set for 12/12/88 @ 2:00 PM (Counts 1-2) (JUDGE GILLIAM) (Dkt'd 11/18/88). |
| | 4 | Cause continued for trial setting to 12/12/88 @ 2:00 PM (Counts 1-2) (JUDGE GILLIAM) (Dkt'd 11/18/88). |
| | 4a | Detention hearing continued to 11/03/88 @ 1:45 PM (Pursuant to deft's request.) (MAG GONZALEZ) (Dkt'd 11/08/88). |
| 11/03/88 | 5 | Detention hearing held (MAG GONZALEZ) (Dkt'd 11/08/88). |
| | | Mark the beginning of a potential excludable period of type X-E starting on 11/03/88 ((In re DETHRGH on 11-3-88)) (Dkt'd 11/08/88). |
| | 5 | Bond (Pursuant to detention hrg, court orders deft detained w/o bond. AUSA to prepare order. T/W exhibits and witnesses.) (MAG GONZALEZ) (Dkt'd 11/08/88). |
| 11/09/88 | 6 | Bail not allowed (Findings of fact, memorandum, Detention order. Entered 11-14-88) (MAG GONZALEZ) (Dkt'd 11/14/88). |
| 12/12/88 | 7 | Appearance of attorney PRIVATE, COUNSEL (Daniel Harwick) (JUDGE GILLIAM) (Dkt'd 12/13/88). |
| | 7 | Motion and trial setting hearing held (Counts 1-2) (JUDGE GILLIAM) (Dkt'd 12/13/88). |
| | 7 | Hearing on pre-trial motions set for 02/06/89 @ 2:00 PM (Counts 1-2) (JUDGE GILLIAM) (Dkt'd 12/13/88). |

US-V-WALTERS

PROCEEDINGS

| | | |
|---|---|---|
| | 7 | Cause continued for trial setting to 02/06/89 @ 2:00 PM (Counts 1-2) (JUDGE GILLIAM) (Dkt'd 12/13/88). |
| | 8 | Notice filed (Dkt'd 12/13/88). |
| | 9 | Motion to suppress statement/testimony filed (MOT#1) (Counts 1-2) (Dkt'd 12/13/88). |
| | 9 | Motion to produce filed (MOT#2) (Counts 1-2) (Document of tangible objects) (Dkt'd 12/13/88). |
| | 9 | Motion to produce filed (MOT#3) (Counts 1-2) (Reports of examination and tests.) (Dkt'd 12/13/88). |
| | 9 | Motion to produce filed (MOT#4) (Counts 1-2) (Request for statements of Govt witnesses and informants.) (Dkt'd 12/13/88). |
| | 9 | Motion for discovery/inspection filed (MOT#5) (Counts 1-2) (Discovery of Raw Notes.) (Dkt'd 12/13/88). |
| | 9 | Motion to reveal identity of informant filed (MOT#6) (Counts 1-2) (Dkt'd 12/13/88). |
| 01/30/89 | 10 | Filed memorandum in opposition to motion for discovery/inspection (MOT#5) (T/W Statement of Facts, Memo of Ps & s) (Dkt'd 02/01/89). |
| | 10 | Motion by government filed (MOT#7) (For reciprocal discovery) (Dkt'd 02/01/89). |
| 02/02/89 | 11 | Filed superseding indictment (Dkt'd 02/03/89). |
| 02/06/89 | 12 | Hearing on pre-trial motions held 02/06/89 (Counts 1-2) (JUDGE GILLIAM) (Dkt'd 02/07/89). |
| | 12 | Trial setting hearing held (Counts 1-2) (JUDGE GILLIAM) (Dkt'd 02/07/89). |
| | 12 | Arraignment held (Counts S1-S4) (JUDGE GILLIAM) (Dkt'd 02/07/89). |
| | 12 | Defendant enters plea of not guilty (Counts S1-S4) (JUDGE GILLIAM) (Dkt'd 02/07/89). |
| | 12 | Hearing on pre-trial motions set for 03/27/89 @ 2:00 PM (Counts 1-2,S1-S4) (JUDGE GILLIAM) (Dkt'd 02/07/89). |
| | 12 | Trial date set for 03/27/89 @ 2:00 PM (Counts 1-2,S1-S4) (JUDGE GILLIAM) (Dkt'd 02/07/89). |
| 03/13/89 | 13 | Notice filed (Notice of motion) (Dkt'd 03/14/89). |
| | 14 | Motion for discovery/inspection filed (MOT#8) (Counts 1-2, S1-S4) (Supplemental motion of for discovery) (Dkt'd 03/14/89). |
| | | Mark the beginning of a potential excludable period of type X-E starting on 03/13/89 ((In re MOTFDI on 3-13-89)) (Dkt'd 03/14/89). |
| 03/27/89 | 15 | Hearing on pre-trial motions continued to 05/01/89 @ 2:00 PM (Counts 1-2,S1-S4) (For Discovery Order) (JUDGE GILLIAM) (Dkt'd 03/27/89). |

US-V-WALTERS

PROCEEDINGS

| | | |
|---|---|---|
| | 15 | Trial date stricken (Counts 1-2,S1-S4) (JUDGE GILLIAM) (Dkt'd 03/27/89). |
| 05/01/89 | 16 | Hearing on pre-trial motions set for 06/12/89 @ 2:00 PM (Counts 1-2,S1-S4) (For Discovery) (JUDGE GILLIAM) (Dkt'd 05/02/89). |
| 06/08/89 | 17 | Filed superseding indictment (Dkt'd 06/12/89). Bail not allowed (Per Grand Jury) (JUDGE IRVING) (Dkt'd 06/12/89). |
| 06/12/89 | 22 | Hearing on pre-trial motions held 06/12/89 (Counts 1-2,S1-S4) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Motion made in open court (MOT#9) (Atty Horwick motion to be relieved) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Motion granted (MOT#9) (Atty Horwick motion to be relieved) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Attorney PRIVATE, COUNSEL deleted from case (Daniel Horwick) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Order appointing attorney CORTEZ, EZEKIEL E to represent defendant (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Arraignment held (Counts SS1-SS14) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Defendant enters plea of not guilty (Counts SS1-SS14) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Hearing on pre-trial motions continued to 09/19/89 @ 2:00 PM (Counts SS1-SS14) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| | 22 | Cause continued for trial setting to 09/19/89 @ 2:00 PM (Counts SS1-SS14) (JUDGE GILLIAM) (Dkt'd 06/13/89). |
| 07/27/89 | 42 | Stipulation Filed (Declaring litigation to be complex. It is ordered that htis litigation be declared complex w/in the meaning of 18 USC section 1361(h)(8)(A) and (B) and that the time limits imposed by 18 USC section 3161 (c)(1) shall not apply to the trial of the instant action.) (JUDGE GILLIAM) (Dkt'd 08/15/89). Mark the beginning of a potential excludable period of type X-T2 starting on 07/27/89 ((In re STIPF on 7-27-89)) (Dkt'd 08/15/89). |
| 08/28/89 | 46 | Motion for continuance filed (MOT#10) (Dkt'd 09/01/89). |
| | 46 | Motion for discovery/inspection filed (MOT#11) (Counts 1-2, S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12, SS13,SS14) (Dkt'd 09/01/89). |
| | 47 | Filed memorandum in support of motion for discovery/inspection, and for continuance (MOT#'s 10,11) (Statement of facts, Memo of Ps & As) (Dkt'd 09/01/89). |
| 09/18/89 | 53 | Motion for continuance granted (MOT#10) (JUDGE GILLIAM) |

PROCEEDINGS

| | | |
|---|---|---|
| | | (Dkt'd 09/21/89). |
| | 53 | Hearing on pre-trial motions continued to 12/18/89 @ 2:00 PM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9, SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 09/21/89). |
| | 54 | Mark the beginning of a potential excludable period of type X-T2 starting on 09/18/89 ((In re CASE COMPLEX on 9/18/89)) (JUDGE GILLIAM) (Dkt'd 09/21/89). |
| 12/18/89 | 74 | Hearing on pre-trial motions continued to 02/26/90 @ 2:00 PM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9, SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 12/19/89). |
| | 74 | Cause continued for trial setting to 02/26/90 @ 2:00 PM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10, SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 12/19/89). |
| 02/26/90 | 80 | Hearing on pre-trial motions continued to 04/16/90 @ 2:00 PM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9, SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 03/05/90). |
| | 80 | Cause continued for trial setting to 04/16/90 @ 2:00 PM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10, SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 03/05/90). |
| 04/09/90 | 88 | Filed memorandum in opposition to motion and for discovery/inspection (MOT#'s 5,8,11) (T/W Statement of facts, Memo of Ps & As) (Dkt'd 04/11/90). |
| 04/16/90 | 93 | Hearing on pre-trial motions continued to 05/08/90 @ 8:30 AM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9, SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 04/18/90). |
| | 93 | Cause continued for trial setting to 05/08/90 @ 8:30 AM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10, SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 04/18/90). |
| | 93 | Motion made in open court by government (MOT#22) (To turn over G/J transcirpts to State of CA for State trial.) (JUDGE GILLIAM) (Dkt'd 04/18/90). |
| | 93 | Motion by government granted (MOT#22) (To turn over G/J transcripts to State of CA for state trial. Govt to prepare order.) (JUDGE GILLIAM) (Dkt'd 04/18/90). |
| 04/19/90 | 94 | Order filed (Order re testimony of Daniel Johnson and Edward Michael Provencio before the Grand Jury on 1/4/89 and 1/11/89.) (JUDGE GILLIAM) (Dkt'd 04/19/90). |
| 04/23/90 | 95 | Order filed (Request and order for extraordinary investigative fees) (JUDGE GILLIAM) (Dkt'd 04/24/90). |

US-V-WALTERS

PROCEEDINGS

| | | |
|---|---|---|
| 04/27/90 | 97 | Order filed (Motion for order shortening time) (JUDGE KEEP) (Dkt'd 04/30/90). |
| | 98 | Motion for extension of time to file pre-trial motions filed (MOT#23) (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (Memo of Ps & As) (Dkt'd 04/30/90). |
| 05/04/90 | 100 | Filed trial memorandum (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (Govt's) (Dkt'd 05/07/90). |
| 05/07/90 | 102 | Motion made in open court by government (MOT#24) (For deft to provide handwriting exemplar) (JUDGE GILLIAM) (Dkt'd 05/08/90). |
| | 102 | Motion by government granted (MOT#24) (For deft to provide handwriting exemplar) (JUDGE GILLIAM) (Dkt'd 05/08/90). |
| | 103 | Motion filed (MOT#25) (For examination to determine present competency to stand trial) (Dkt'd 05/08/90). |
| | 104 | Filed memorandum in support of motion (MOT#25) (Ps & As in support of motion for examination to determine presente competency) (Dkt'd 05/08/90). |
| 05/08/90 | 105 | Hearing on pre-trial motions continued to 05/09/90 @ 9:00 AM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (And for status of plea) (JUDGE GILLIAM) (Dkt'd 05/08/90). |
| 05/09/90 | 108 | Hearing on pre-trial motions continued to 06/18/90 @ 2:00 PM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 108 | Trial setting hearing held (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 108 | Trial date set for 07/17/90 @ 9:00 AM (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 109 | Hearing on pre-trial motions stricken 05/09/90 (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 109 | Trial date stricken (Counts 1-2,S1-S4,SS1,SS2-SS3,SS4,SS5,SS6,SS7,SS8-SS9,SS10,SS11,SS12,SS13,SS14) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 109 | Defendant withdraws plea of not guilty (Counts SS1,SS10,SS13) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 109 | Defendant enters plea of guilty (Counts SS1,SS10,SS13) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 109 | Order cause referred to the probation department for a pre-sentence investigation (Counts SS1,SS10,SS13) (JUDGE |

US-V-WALTERS

PROCEEDINGS

| | | |
|---|---|---|
| | | GILLIAM) (Dkt'd 05/10/90). |
| | 109 | Sentencing set for 07/23/90 @ 9:00 AM (Counts SS1,SS10, SS13) (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 110 | Excludable delay based on finding the ends of justice served by continuance began on 05/09/90 and ended on 07/17/90 (JUDGE GILLIAM) (Dkt'd 05/10/90). |
| | 111 | Filed plea agreement (Dkt'd 05/10/90). |
| 05/31/90 | 122 | Filed bench warrant returned executed, executed on 10/21/88 (Arrested by ATF) (Dkt'd 05/31/90). |
| 07/12/90 | 128 | - Deft's objections to presentence report (Dkt'd 07/13/90). |
| 07/23/90 | 131 | Sentencing continued to 07/26/90 @ 8:30 AM (Counts SS1,SS10, SS13) (JUDGE GILLIAM) (Dkt'd 07/23/90). |
| 07/26/90 | 132 | Sentencing continued to 09/05/90 @ 8:30 AM (Counts SS1,SS10, SS13) (JUDGE GILLIAM) (Dkt'd 07/26/90). |
| 09/05/90 | 139 | Sentencing continued to 11/13/90 @ 9:00 AM (Counts SS1,SS10, SS13) (JUDGE GILLIAM) (Dkt'd 09/06/90). |
| 11/13/90 | 163 | Sentencing continued to 11/26/90 @ 9:00 AM (Counts SS1,SS10, SS13) (JUDGE GILLIAM) (Dkt'd 11/13/90). |
| 11/19/90 | 165 | - Letter from Gerald Anthony Berryman re deft Walters. (Dkt'd 12/11/90). |
| 11/26/90 | 164 | Sentencing continued to 01/07/91 @ 9:00 AM (Counts SS1,SS10, SS13) (JUDGE GILLIAM) (Dkt'd 12/03/90). |
| | 164 | Minute sheet filed (7411 Deft's motion to re-new counsel-withdrawn) (Dkt'd 12/03/90). |
| 12/19/90 | 168 | Motion filed (MOT#30) (For dismissal of counsel for ineffective assistance) (Dkt'd 12/26/90). |
| 01/07/91 | 170 | Sentencing continued to 01/17/91 @ 9:00 AM (Counts SS1,SS10, SS13) (JUDGE GILLIAM) (Dkt'd 01/14/91). |
| 01/17/91 | 171 | Sentencing of defendant (Count SS1) (Count SS1-Custody of BOP for imprisonment for a period of 212 months.) (JUDGE GILLIAM) (Dkt'd 01/17/91). |
| | 171 | Sentencing of defendant (Count SS10) (Count SS10-Custody of BOP for imprisonment for a period of 10 years concurrent w/Count SS1.) (JUDGE GILLIAM) (Dkt'd 01/17/91). |
| | 171 | Sentencing of defendant (Count SS13) (272 months). Supervised release for term of Counts SS1, SS10 & SS13-3 years concurrently. No fine imposed. $50. 00 PA each |

PROCEEDINGS

count for a total of $150.00. to be paid immediately. Court orders taht the sentence of imprisonment is to be served in state custody in institution desiganted by State of CA.) (JUDGE GILLIAM) (Dkt'd 01/17/91).
Order of excludable delay began on 11/03/88 and ended on 01/17/91 (Dkt'd 01/17/91).
Order of excludable delay began on 03/13/89 and ended on 01/17/91 (Dkt'd 01/17/91).
Order of excludable delay began on 07/27/89 and ended on 01/17/91 (Dkt'd 01/17/91).
Order of excludable delay began on 09/18/89 and ended on 01/17/91 (Dkt'd 01/17/91).

171 Dismissed on government's motion (Counts 1-2,S1-S4,SS2-SS3, SS4,SS5,SS6,SS7,SS8-SS9,SS11,SS12,SS14) (JUDGE GILLIAM) (Dkt'd 01/17/91).

172 Issued judgment and commitment to U.S. Marshal (Counts SS1, SS10,SS13) (Entered 1/17/91) (JUDGE GILLIAM) (Dkt'd 01/17/91).

02/05/91 175 Filed CJA Form #20 copy #5 appointing POKORNY, JAMES F as attorney for defendant (Nunc Pro Tunc 12-6-89) (JUDGE GILLIAM) (Dkt'd 02/13/91).

---

End of docket

PROCEEDINGS from 02/06/91

03/29/91 178 - (APPL#1) (Filed Order for Time Schedule) (CLERK) (Dkt'd 04/08/91).
Notice of appeal and docket entries transmitted to USCA (APPL#1) (T/W Case Information Sheet, Docket Fee Payment Notification Form, Order for Time Schedule, Judgment/Order, CJA Form 20 and MO) (Dkt'd 04/08/91).

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *