Case 3:88-cr-00769-DMS Document 172 Filed 01/17/1991 Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
XX ENTERED
LODGED
RECEIVED
JAN 17 1991
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES OF AMERICA

v.

MARTIN EDWARD WALTERS (1)

JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT

CASE NO. 88-0769-G-Criminal

JAMES POKORNY
ATTORNEY FOR DEFENDANT

THE DEFENDANT:

XX pleaded guilty to count(s) ONE (1), TEN (10) and THIRTEEN (13),

____ was found guilty on count(s) ________ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses;

| Title & Section | Nature of Offense | Count Number (s) |
|---|---|---|
| 21 USC 841(a)(1) & 846 | CONSP. TO MANUFACTURE METHAMPHETAMINE AND POSSESS METHAMPHETAMINE W/INT TO DISTR. | ONE (1) |
| 18 USC 2 & 26 USC 5861(d) and 5871 | AIDING AND ABETTING THE POSSESSION OF AN UNREGISTERED FIREARM | TEN(10) |
| 18 USC 2 & 924(c)(1) | AIDING AND ABETTING THE USE AND CARRYING OF A FIREARM DURING THE COMMISSION OF A DRUG TRAFFICKING CRIME | THIRTEEN(13) |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The defendant has been found not guilty on count(s) ________,

XX Count(s) OF S/S INDICTMENT REMAINING ~~(is)~~ (are) dismissed on the motion of the United States.

XXX The underlying indictment is dismissed on motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of his/her residence or mailing address until all fines, restitution(s), and costs imposed by this judgment are fully paid.

Defendant's Social Security Number: UNKNOWN

Defendant's Mailing Address: UNKNOWN

Defendant's Residence Address: UNKNOWN

172

Defendant: Martin Edward Walters (1)
Case Number: 88-0769-G-Criminal IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons, to be imprisoned on the following counts as indicated:

ONE(1) OF S/S INDICTMENT - TWO HUNDRED AND TWELVE (212) MONTHS

TEN(10) OF S/S INDICTMENT- CONCURRENTLY WITH COUNT ONE(1) - TEN(10) YEARS

THIRTEEN(13) OF S/S INDICTMENT - SIXTY (60) MONTHS CONSECUTIVE TO COUNT ONE(1)
(NOTE: TOTAL PERIOD OF INCARCERATION TWO HUNDRED AND SEVENTY TWO(272) MONTHS.

XX The Court makes the following recommendations to the Bureau of Prisons:
THAT THE PERIOD OF INCARCERATION IMPOSED BE SERVED IN A STATE INSTITUTION TO BE DESIGNATED BY THE STATE OF CALIFORNIA.

XX The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district

____ at ______________ on ________________.

____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

____ before __________p.m. on ________________.

____ as notified by the United States Marshal.

____ as notified by the U.S. Probation Department.

RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ______________ to ________________
at ____________________________, with a certified copy of this judgment.

________________________________
UNITED STATES MARSHAL

By: ________________________________

Defendant: Martin Edward Walters (1)
Case Number: 88-0769-G-Criminal

FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of: $ 150.00 consisting of a fine of $ 0 and a special assessment of $ 150.00.

____ These amounts are the totals of the fines and assessments imposed on the individual counts as follows:

COUNT #1 of S/S Indictment - $50.00

COUNT #10 of S/S Indictment- $50.00

COUNT #13 of S/S Indictment- $50.00

TOTAL-$150.00

This sum shall be paid XXX immediately.
____ as follows.

____ The Court has determined that the defendant does not have the ability to pay interest. IT IS ORDERED THAT:

____ The interest requirement is waived.

____ The interest requirement is modified as follows:

Defendant: Martin Edward Walters (1)
Case Number: 88-0769-G-Criminal

SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release as follows:

COUNT #1 - THREE (3) YEARS.
COUNT #10- THREE (3) YEARS.
COUNT #13- THREE (3) YEARS.

COUNTS#1,10 & 13 ARE TO RUN CONCURRENTLY FOR A TOTAL SUPERVISED RELEASE PERIOD OF THREE (3) YEARS.

While on supervised release, the defendant shall not commit another Federal, State or local crime and shall comply with the standard conditions that have been adopted by this Court (Set forth following the additional conditions). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions.

XXX DEFENDANT SHALL NOT ENTER MEXICO WITHOUT WRITTEN PERMISSION OF THE COURT.

XX the defendant shall not own or possess firearms, explosive devices or dangerous weapons of any kind.

XX the defendant shall submit to searches and seizures of his person, his personal effects, his residence or place of abode, any vehicle in his possession, conducted in a reasonable manner and at a reasonable time and place as requested by a Probation Officer.

XX the defendant shall report all vehicles he owns, operates, or has an interest in to h Probation Officer.

____ the defendant shall seek and maintain a program of full-time employment full-time education or a full-time combination of both.

XX the defendant shall participate in a drug/alcohol abuse counseling and treatment program, including urinalysis testing as directed by his Probation Officer.

____ if deported, formal supervision of probation is waived and the defendant shall not enter the United States unless he/she does so legally, and the defendant shall report to the U.S. Probation Department within twenty-four hours of h entry.

XX the defendant shall make complete disclosure of h is business and financial records to h is Probation Officer as requested.

____ the defendant is prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without the approval of h Probation Officer.

____ as directed by h Probation Officer, the defendant shall notify third parties at risk that may be occasioned by a criminal record or personal history and permit h Probation Officer to make such notification and to confirm h compliance with such notification requirement.

STANDARD CONDITIONS OF SUPERVISON

1) the defendant shall not commit another Federal, State or local crime.
2) the defendant shall not leave the judicial district without the permission of the Court or Probation Department.
3) the defendant shall report to the Probation Officer as directed by the Court or Probation Department and shall submit a truthful and complete written report within the first five days of each month.

Defendant: Martin Edward Walters (1)
Case Number: 88-0769-G-Criminal

STANDARD CONDITIONS OF SUPERVISION(CONTINUED

4) The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.
5) The defendant shall support his or her dependants and meet other family responsibilities.
6) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) The defendant shall notify the probation officer within 72 hours of any change in residence or employment.
8) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotics or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
10) The defendant shall not associate with any persons engaged in any criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
11) The defendant shall permit a probation officer to visit his or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
12) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

THESE CONDITIONS ARE IN ADDITION TO ANY OTHER CONDITIONS IMPOSED BY THIS JUDGMENT.

JANUARY 17, 1991
Date of Imposition of Sentence

Earl B. Gilliam
Signature of Judicial Officer
EARL B. GILLIAM
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

Date: JANUARY 17, 1991

WILLIAM W. LUDDY, Clerk
By: C. McDonald
C. McDonald, Deputy Clerk

I hereby attest and certify on ________
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
WILLIAM W. LUDDY
CLERK U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ________ Deputy