FILED
APR 1 8 2008
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Martin Walters
Name

15496-198 Fed. / E-86183 state
Prison Number

Cal. State Prison - Sol., P.O. Box 4000, Vacaville CA - 95696
Place of Confinement

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Martin Edward Walters )
Full Name of Movant )

VS )

UNITED STATES OF AMERICA )

Case No. ______________
(Issued by Clerk's Office)

MOTION, PURSUANT TO TITLE 28 U.S.C. SEC. 2255

(If movant has a sentence to be served in the FUTURE under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

**MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

**INSTRUCTIONS--READ CAREFULLY**

1) This motion must be legibly handwritten or typewritten and signed by the movant. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question use reverse side of sheet.

2) Additional pages are not permitted. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4) If you do not have the necessary funds for transcripts, counsel, appeal and other costs connected with a motion of this type you may request permission to proceed in forma pauperis, in which event you must execute the last page, setting forth information

establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7) When the motion is fully completed, the **original and two copies** must be mailed to the Clerk of the United States District Court, 880 Front Street Suite 4290, San Diego, California 92101-8900.

8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack:

United States District Court, Southern District of California

2. Date of judgment of conviction: May 9, 1990

3. Length of sentence: 270 mo Sentencing Judge: Hon. Earl B. Gilliam

4. Nature of offense or offenses for which you were convicted:

Conspiracy to Manufacture Methamphetamine and possession of Meth. W/Int. to Distribute; Aiding and abetting Possession of an Unregistered firearm; Aiding & abetting the Use of a Fire Arm in commission of a Drug trafficking crime.

5. What was your plea? ____ Not Guilty X Guilty ____ Nolo Contendere

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

I plead guilty to Counts 1, 10, and 13. Not guilty to the rest I do not know them.

(b.) As to any second petition, application or motion give the same information:

(1.) Name of court ______ N/A ______

(2.) Nature of proceeding ______________________

______________________________

(3.) Grounds raised ______________________

______________________________

______________________________

(4.) Did you receive an evidentiary hearing on your petition, application or motion?

____ Yes ____ No

(5.) Result ______ N/A ______

(6.) Date of result ______________________

(c.) As to any third petition, application or motion give the same information:

(1.) Name of court ______________________

(2.) Nature of proceeding ______________________

______________________________

(3.) Grounds raised ______________________

______________________________

______________________________

(4.) Did you receive an evidentiary hearing on your petition, application or motion?

____ Yes ____ No

(5.) Result ______ N/A ______

(6.) Date of result ______________________

(d.) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1.) First petition, etc. ____ Yes ____ No

(2.) Second petition, etc. ____ Yes ____ No N/A

(3.) Third petition, etc. ____ Yes ____ No

(e.) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Petitioner was under the impression the State (Cal.) would honor its Promises, representations, and concommitant obligations of our package Deal Plea Agreement.

12 State concisely every ground on which you claim that you are being held unlawfully.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) though (j) or any one of these grounds.

(a.) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b.) Conviction obtained by use of coerced confession.

(c.) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d.) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e.) Conviction obtained by a violation of the privilege against self-incrimination.

(f.) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g.) Conviction obtained by a violation of the protection against double jeopardy.

(h.) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i.) Denial of effective assistance of counsel.

(j.) Denial of right of appeal.

A. Ground One: Conviction obtained by Unfulfilled Promises of the States Prosecuter and Judge.

Supporting FACTS (tell your story briefly without citing cases or law):

On 1-28-2008, the State dishonored its express promise to run its time Concurrent to Petititioner's Fed. Time; and Refuses to allow Petit. to serve it in Fed. Custody, inter alia, On 1-18-08. On 5-9-90, in this Court I entered this Guilty Plea predicated on the Promises and assurances of the State. This Case is before this Court in a 28 U.S.C. §2254 Civil No. 08 cv 167 DMS (NLS) in Detail.

B. Ground Two:

Supporting FACTS (tell your story briefly without citing cases or law):

C. Ground Three:

Supporting FACTS (tell your story briefly without citing cases or law):

D. Ground Four: ______

Supporting FACTS (tell your story briefly without citing cases or law):

13. If any of the grounds listed in 12. A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal not pending in any court as to the judgment under attack?

X Yes ______ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a.) At preliminary hearing Daniel Horwick, San Diego

(b.) At arraignment and plea James F. Pokorny esq.
San Diego

(c.) At trial

(d.) At sentencing James F. Pokorny esq.
San Diego

(e.) On appeal Micheal Crowley, San Diego

(f.) In any post-conviction proceeding I dont know

(g.) On appeal from any adverse ruling in a post-conviction proceeding
No

16. Were you sentenced on more than one count of an indictment, or on more than one indictment/information, in the same court and at approximately the same time?

X Yes ____ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

____ Yes X No ☒ Not supposed to.

(a.) If so, give name and location of court which imposed sentence to be served in the future:

N/A

(b.) And give date and length of sentence to be served in the future:

N/A

(c.) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

X Yes ____ No

Wherefore, movant prays that the court grant him all relief to which he/she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-9-08

Martin Walter
(Signature of Movant)

____________________
(Signature of Attorney, if any)

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON SOLANO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU APR. 04, 2008

:COUNT NUMBER : E86183 BED/CELL NUMBER: S106T20000000206L
:COUNT NAME : WALTERS, MARTIN ACCOUNT TYPE: I
:IVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

| NAME | CASE NUMBER | PARTY TYPE | CASE TITLE/TRUE NAME | |
|---|---|---|---|---|
| WALTERS, JOSEPHINE (JLI) | CV-87-0000670 | P OPN:05/11/87 | WALTERS, US POSTAL SERVICE | CAT: 360 |
| WALTERS, KIPP (HARRIS) | 83-0003949M | D OPN:10/13/83 CLO:01/01/84 | USA-V-WALTERS | ID:0001.00 CAT: |
| WALTERS, MARJORIE LYNN JUDGE RHOADES | CV-89-0000122 | P OPN:01/22/89 CLO:02/13/89 | WALTERS V WEBRE | ID:0001.00 CAT: 422 |
| WALTERS, MARTHA E (G) | CR-90-0000019 | D OPN:01/04/90 | US-V-ELENES-FONSECA | ID:0002.00 CAT: |
| WALTERS, MARTIN EDWARD (G) | CR-88-0000769 | D OPN:09/23/88 | MARTIN EDWARD WALTERS | ID:0001.00 CAT: |

## *** GRID J13 ***

PARTY INDEX ,CV,CR,M ,X ,SP CAL-S (SAN DIEGO) PAGE 9067

REPORT DATE: 6/30/91

| NAME | CASE NUMBER | PARTY TYPE | CASE TITLE/TRUE NAME | |
|---|---|---|---|---|
| WALTERS, MARY C. (K) | CV-83-0002316 | D OPN:02/29/84 | NELSON-V-VIKING ARCRAFT | ID:0006.00 CAT: 190 |
| WALTERS, MELODY LYNN (N) | CR-86-0000714 | D OPN:08/14/86 | USA-V-WALTERS | ID:0001.00 CAT: |
| WALTERS, MELODY LYNN (INFANTE) | 86-0000936M | D OPN:02/18/86 | USA-V-CEJA-DIAZ | ID:0002.00 CAT: |
| WALTERS, MICHAEL DENNIS (N) | CR-85-0000260 | D1(AKA) OPN:03/20/85 | ABLE, CARY | ID:0001.02 CAT: |
| WALTERS, MICHAEL DENNIS (MCKEE) | 85-0000832M | D(AKA) OPN:03/12/85 | ABLE, CARY | ID:0001.02 CAT: |
| WALTERS, MICHELL DENISE (G) | CR-88-0000769 | D OPN:06/08/89 | MARTIN EDWARD WALTERS | ID:0004.00 CAT: |
| WALTERS, MICHELLE (MCKEE) | 89-0002160M | D OPN:05/08/89 | USA-V-WALTERS | ID:0001.00 CAT: |
| WALTERS, PAUL ELZA III (G) | CR-88-0000769 | D OPN:06/08/89 | MARTIN EDWARD WALTERS | ID:0003.00 CAT: |
| WALTERS, PHYLIIS JUDGE RHOADES | CV-87-0000911 | P OPN:06/22/87 CLO:01/27/89 | WALTERS-V-UNITED INSURANCE CO OF AMERICA | ID:0002.00 CAT: 110 |
| WALTERS, R.D., ENT (JLI) | CV-86-0002436 | P OPN:12/19/86 | SUTTON-V-SAN DIEGO UNIFIED PORT DISTRICT | ID:0164.00 CAT: 210 |
| WALTERS, REBECCA (E) | CV-86-0001267 | P OPN:06/03/86 CLO:07/09/86 | WALTERS-V-THEODORE | ID:0002.00 CAT: 422 |
| WALTERS, REBECCA (E) | CV-87-0001258 | D OPN:08/27/87 | THEODORE V. D.W.G.K. RESTAURANTS | ID:0010.00 CAT: 422 |
| WALTERS, REBECCA (E) | CV-88-0000713 | D OPN:05/11/88 | KOSTAS CHELIOS V JAMES DAGLAS ET AL | ID:0005.00 CAT: 422 |
| WALTERS, ROBERT (T) | CV-81-0000718 | D OPN:07/31/81 CLO:03/01/82 | GILES-V-SCHMUTZ | ID:0034.00 CAT: 440 |
| WALTERS, ROBERT J. (K) | CV-83-0002316 | D OPN:11/14/83 | NELSON-V-VIKING ARCRAFT | ID:0005.00 CAT: 190 |
| WALTERS, SHIRLEY JUDGE RHOADES | CV-89-0000156 | D OPN:01/31/89 | UNITED NAT'L INS V GENTRY CONS'T | ID:0010.00 CAT: 110 |
| WALTERS, STEVEN (N) | CR-79-0000205 | D(AKA) OPN:03/23/79 CLO:01/01/84 | WICHINSKY, STEVEN MARC | ID:0001.01 CAT: |