# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MARTIN EDWARD WALTERS Defendant. | CASE NO. 88cr0769/08cv0924 **ORDER REQUIRING RETURN** |

On January 17, 1991, Defendant Martin Edward Walters pleaded guilty to one count of conspiracy to manufacture methamphetamine and possession of methamphetamine with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 846, one count of aiding and abetting the possession of an unregistered firearm in violation of 18 U.S.C. §§ 2 and 26 and 26 U.S.C. §§ 5861(d) and 5871, and one count of aiding and abetting the use and carrying of a firearm during the commission of a drug trafficking crime in violation of 18 U.S.C. §§ 2 and 924(c)(1). This Court sentenced Defendant on January 17, 1991. On April 18, 2008, Defendant filed the present motion pursuant to 28 U.S.C. § 2255.

Having reviewed the motion, the Court now directs the United States to show cause why it should not be granted. The United States shall file and serve its return on or before **June 30, 2008**.

/ / /

/ / /

/ / /

Defendant may then file his traverse on or before **July 30, 2008**, at which time the matter will be taken under submission.

**IT IS SO ORDERED.**

DATED: May 29, 2008

HON. DANA M. SABRAW
United States District Judge