KAREN P. HEWITT
United States Attorney
EDWARD C. WEINER
Assistant U.S. Attorney
California State Bar No. 48843
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7125/(619) 557-7053 (Fax)
Email: edward.weiner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN EDWARD WALTERS,<br><br>Defendant. | Criminal Case No. 88cr0769-DMS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

//

//

//

//

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association): NONE

Please call me if you have any questions about this notice.

DATED: June 26, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/EDWARD C. WEINER

EDWARD C.WEINER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: edward.weiner@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Criminal Case No. 88cr0769-DMS
)
Plaintiff, )
)
v. )
) CERTIFICATE OF SERVICE
MARTIN EDWARD WALTERS, )
)
Defendant. )
_________________________________)

IT IS HEREBY CERTIFIED THAT:

I, Edward C. Weiner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Response and Opposition to Motion Pursuant to 28 U.S.C. § 2255 on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

NONE.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Martin Edward Walters
Register No. E-86183
California State Prison, Solano
Building #6, Cell 206
P.O. Box 4000
Vacaville, California 95696

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008

s/Edward C. Weiner
EDWARD C. WEINER