UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 SEP -3 AM 8:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Sabraw

FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 8/27/2008

CASE NO.: 88cr0769 DMS DOCUMENT FILED BY: Defendant

CASE TITLE: USA v. Walters, et al

DOCUMENT ENTITLED: Motion for Appointment of Counsel

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

**Date forwarded:** 8/28/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: DMS

Dated: 9-2-08 By: [signature]

cc: All Parties

MARTIN WALTERS #E-86183
C.S.P SOL. 6-206 L
P.O. BOX 4000
VACAVILLE, CA. 95696

REJECTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN EDWARD WALTERS, PETITIONER, V. UNITED STATES OF AMERICA, RESPONDENT. | CIVIL NO. 08CV0924-DMS MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL; EVIDENTIARY HEARING; AND DISCOVERY. HABEAS RULE 6, 8. |

PETITIONER, MARTIN EDWARD WALTERS, MOVES THIS COURT FOR AN ORDER APPOINTING COUNSEL AT PUBLIC EXPENSE. 28 USCA §§ 1915(e)(1), 2255, 18 USC §§ 3006 A OR 3006 A (g).

COUNSEL SHOULD BE APPOINTED BECAUSE PETITIONER IS ILLETERATE AND INDIGENT; THE ISSUES IN THIS CASE ARE COMPLEX TO PETITIONER AND COUNSEL WOULD BE ABLE TO EFFECTIVELY UTILIZE DISCOVERY PROCEDURE TO OBTAIN THE DOCUMENTS, DEPOSE PARTIES OR WITNESSES e.g. THE PROSECUTORS, DEFENSE COUNSEL, JUDGES, ETC., WHO WERE INVOLVED DURING THE PLEA BARGAINING STAGES, AND PROPERLY INTRODUCE SAID EVIDENCE AND FACTS TO THIS COURT PERHAPS IN LIEU OF AN EVIDENTIARY HEARING.

1. RESPONDENT'S COUNSEL HAS REFUSED/EVADED SUCH REQUEST.