# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN EDWARD WALTERS,<br><br>                    Petitioner,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | CASE NO. 08cv0924 DMS (related case no. 88cr0769 DMS)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

      On February 12, 2009, this Court issued an Order denying Petitioner Martin Edward Walter's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Doc. 247.) Petitioner filed a notice of appeal and an application for certificate of appealability,[1] on August 19, 2009. (Doc. 251.)

      A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

---

[1] In his application, Petitioner indicates that he did not receive a copy of the February 12, 2009 Order. The Court's docket reflects that the Order was apparently sent to the address then on file for Petitioner, but was returned by the post office as undeliverable on February 20, 2009. (Doc. 248.) Petitioner thereafter filed a notice of change of address with the Court. (Doc. 249.)

1  Having reviewed the application, petition, and the February 12, 2009 Order denying the
2  petition, the Court finds Petitioner has failed to demonstrate that reasonable jurists would find this
3  Court's denial of the petition debatable.  Therefore, the Court denies Petitioner's request for a
4  certificate of appealability.

5  **IT IS SO ORDERED.**

6  DATED: August 26, 2009

7
8  HON. DANA M. SABRAW
   United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28